management
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 23-00356-ELG |
|---|---|
| **Francis Butler**<br>**Debtor** | Chapter 7 |

### NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE
**(Official Form B 423)**

Notice is hereby given that, subject to limited exceptions, a Debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the Debtor(s) must complete and file Certification About a Financial Management Course (Official Form B 423) as described in 11 U.S.C. § 111. Debtor(s) and/or Debtor(s)' attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered.

Debtor(s) and/or Debtor(s)' attorney is/are hereby notified that the Debtor(s) must file Official Form B 423 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the Debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form B 423, the Debtor(s) must pay the full reopening fee due for filing the motion.

For the Court:
Angela D. Caesar
BY: CA

Copies to: Recipients of electronic notifications; Debtor(s).